```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

**ARRON MICHAEL LEWIS**                                             **PLAINTIFF**

    **v.**          **Case No.: 14-6147**

**KARCEY J. KIKER, Advanced Practice**
**Nurse (APN), Ouachita Regional**
**Unit (ORU); NURSE DENISE J. BARTHEL,**
**ORU; and NURSE ANDREA HAZELWOOD, ORU**                            **DEFENDANTS**

O R D E R

On this 20th day of October 2015, there comes on for consideration the report and recommendation filed in this case on September 17, 2015 (doc. 46) by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. The parties did not file timely objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation (doc. 46) is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 20) is DENIED.

IT IS SO ORDERED.

                                                 /s/ Robert T. Dawson
                                               Honorable Robert T. Dawson
                                               United States District Judge